

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-17-00356-CR

Ex Parte Juan **ENRIQUEZ**,
Appellant

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 3862-G
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On August 8, 2018, this court issued an opinion affirming the trial court's judgment. Appellant has filed a *pro se* motion in this court requesting a free copy of the appellate record for purposes of filing a petition for discretionary review.

An indigent appellant's right to obtain a free copy of the appellate record in connection with an initial direct appeal does not extend to discretionary review by the Texas Court of Criminal Appeals. TEX. R. APP. P. 20.2; *Ex parte Trainer*, 181 S.W.3d 358, 358-59 (Tex. Crim. App. 2005). The Court of Criminal Appeals has held that even though an appellant has the right to file a petition for discretionary review, there is no constitutional or statutory requirement that the record be provided to appellant at no cost for purposes of preparing and filing a *pro se* petition for discretionary review. *Trainer*, 181 S.W.3d at 359. Under *Trainer*, we have no choice but to deny appellant's motion. Accordingly, appellant's "Motion for the Record to Prepare Petition for Discretionary Review" is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2018.

_____
Keith E. Hottle
Clerk of Court